**Rogelio OLVERA–FLORES, Petitioner,**

**v.**

**Michael B. MUKASEY, Attorney General, Respondent.**

**No. 06–72709.**

United States Court of Appeals, Ninth Circuit.

Submitted July 1, 2008.*

Filed July 11, 2008.

Philippe M. Dwelshauvers, for Petitioner.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

David V. Bernal, Ronald E. LeFevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Ana T. Zablah–Monroe, OIL, for Respondent.

Before: WALLACE, HAWKINS and THOMAS, Circuit Judges.

## MEMORANDUM **

Rogelio Olvera–Flores, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's order denying his motion to reopen. We dismiss the petition for review.

We lack jurisdiction to review the agency's decision not to exercise its sua sponte authority to reopen proceedings under 8 C.F.R. § 1003.2(a). *See Ekimian v. INS*, 303 F.3d 1153, 1159 (9th Cir.2002).

**PETITION FOR REVIEW DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.